JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DORIS MICHELLE PARKER, an individual,<br><br>   Plaintiff,<br><br> v.<br><br>PRINCESS CRUISE LINE, LTD., WHICH WILL DO BUSINESS AS PRINCESS CRUISES, a foreign entity; DE BOOTJES VAN GENT, a foreign corporation; and DOES 1 through 10, inclusive<br><br>   Defendants. | CV 17-03234-RSWL-PJWx<br><br><br>**JUDGMENT** |

 **WHEREAS,** on November 8, 2018, this Court **GRANTED** Defendant Princess Cruise Line, Ltd.'s ("Defendant") Motion for Summary Judgment [26],

 **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant, in accordance with this Court's previous Order granting Defendant's Motion for Summary Judgment. As the

1

remaining Defendant De Bootjes Van Gent has not been served or appeared in this Action, this Action is closed and all hearings are hereby vacated and taken off-calendar.

**IT IS SO ORDERED.**

DATED: November 8, 2018

s/ RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge